### FIRST DEPARTMENT, OCTOBER, 1925.

FEDERAL TERRA COTTA COMPANY, Appellant, v. EDWARD MARGOLIES, Respondent.

*Pleadings — summary judgment denied where conclusion depends on varying inferences to be drawn from facts.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on December 19, 1924, denying a motion for an order striking out the answer of the defendant and for judgment under rule 113 of the Rules of Civil Practice.

PER CURIAM: Whether or not there was a waiver of performance after the due date, and whether the defendant acquiesced in plaintiff's completing the work after knowledge that it would not be completed on time, depend upon facts from which varying inferences may be drawn, and, therefore, the motion for summary judgment was properly denied. The order appealed from should be affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Dowling, McAvoy, Finch and Burr, JJ. Order affirmed, with ten dollars costs and disbursements.

---

In the Matter of the Judicial Settlement of the Account of Proceedings of EMMA J. M. EARP, as Executrix, etc., of JOHN L. MILLER, Deceased.

*Executors and administrators — accounting — referee should not be appointed when questions of law only are involved.*

Appeal from an order of the Surrogate's Court of the county of New York, entered in said Surrogate's Court on May 22, 1925, denying a motion to overrule objections and appointing a referee to hear and determine, and also from an order of said court entered on the same day, referring to the same referee a motion as part of and incidental to said account and objections.

PER CURIAM: The objections filed to the account herein as well as the order to show cause present only questions of law, all of which should be determined by the surrogate in the first instance. No question of fact is presented requiring submission to the referee. The orders appointing a referee are, therefore, reversed and the matter remitted to the surrogate for such disposition as may be proper. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ. Orders reversed and matter remitted to the surrogate for such disposition as may be proper. Settle order on notice.